IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MLR, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-cv-00135 (GBL-TCB) |
| | ) | |
| DELL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER is before the Court on Defendant Dell, Inc.'s Motion to File an Early and One Additional Summary Judgment Motion (Doc. 31) and Motion to Set Markman Schedule and for Simultaneous Markman Briefing (Doc. 36).

**IT IS HEREBY ORDERED** that Defendant's Motion to File an Early and One Additional Summary Judgment Motion (Doc. 31) is **DENIED**; and

**IT IS FURTHER ORDERED** Defendant's Motion to Set Markman Schedule and for Simultaneous Markman Briefing (Doc. 36) is **GRANTED**. The parties shall file their opening claim construction briefs (maximum of 30 pages) on September 19, 2014 and their responsive claim construction briefs (maximum of 20 pages) on September 30, 2014. Claim construction motions will be heard in conjunction with any summary judgment motions. The Court will schedule the summary judgment and Markman hearing at the final pretrial conference on November 20, 2014. *See* Doc. 19.

**IT IS SO ORDERED.**

ENTERED this _15th_ day of August, 2014.

Alexandria, Virginia
8/15/2014

/s/
_____
Gerald Bruce Lee
United States District Judge